# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FRITO–LAY NORTH AMERICA, INC.,
ALL NATURAL LITIGATION          MDL No. 2413

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On December 12, 2012, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* ____F.Supp.2d_____ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Roslynn R. Mauskopf.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Mauskopf.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of December 12, 2012, and, with the consent of that court, assigned to the Honorable Roslynn R. Mauskopf.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 21, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**A TRUE COPY ATTEST**
DATED: *12/21/2012*
<u>DOUGLAS C. PALMER</u>
<u>CLERK OF COURT</u>
BY: <u>AUGUST MARZILIANO</u>
CASE ADMINISTRATION SUPERVISOR

IN RE: FRITO−LAY NORTH AMERICA, INC.,
ALL NATURAL LITIGATION                                                  MDL No. 2413


## SCHEDULE CTO−1 − TAG−ALONG ACTIONS


**DIST**  **DIV.**  **C.A.NO.**  **CASE CAPTION**


CALIFORNIA NORTHERN

| CAN | 3 | 12−05886 | Patrick v. Frito−Lay North America, Inc. |
| CAN | 3 | 12−05921 | Patrick v. Frito−Lay North America, Inc. |